IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-CR-193-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WILEY KNIGHT, JR., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| RADIANT GLOBAL LOGISTICS, INC., | ) |
| | ) |
| Garnishee. | ) |

## DISMISSAL OF CONSENT ORDER OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** upon the United States' "Motion For Dismissal Of Consent Order Of Continuing Garnishment" (Document No. 26) filed August 4, 2022. For the reasons stated therein and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Consent Order of Continuing Garnishment (Document No. 25) filed in this case against the Defendant is **DISMISSED**.

**SO ORDERED**.    Signed: August 5, 2022

David C. Keesler
United States Magistrate Judge